

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-18-00414-CR

John Bryan **FINCH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-07-0222-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

On December 14, 2018, the court reporter filed the final portions of the reporter's record. Two exhibits filed by the court reporter, Exhibits 199 and 222, are identified in the master index of the reporter's record as "CD-Audio recording phone all jail cell – Finch." The court reporter informed this Court that she was unable to play the audio recordings. Likewise, this Court was unable to play the audio recordings. Therefore, on January 11, 2019, we abated this appeal and ordered the trial court to conduct a hearing to determine whether Exhibits 199 and 222 were lost or destroyed. *See* TEX. R. APP. P. 34.6(f).

A supplemental reporter's record of the trial court's hearing and a supplemental clerk's record containing the trial court's findings have been filed. At the hearing, one of the prosecutors explained the steps involved in opening the recordings on the CD-ROM. In its findings, the trial court explains that the exhibits are not lost and details the steps involved in opening the recordings on the CD-ROM. Following these steps, the Court has now been able to play the audio recordings found in Exhibits 199 and 222.

We therefore REINSTATE this appeal. Appellant's brief is due **May 20, 2019**.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court